*NOTE CHANGES MADE BY THE COURT*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ENDURE HOLDINGS, LLC, a Florida limited liability company, ROBERT CARLSON, an individual, ROGER A. TICHENOR, an individual, RANDALL OSER, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01405-RGK-(JPRx)<br><br>[Assigned for all purposes to Hon. R. Gary Klausner]<br><br>[~~PROPOSED~~] JUDGMENT AGAINST ROBERT CARLSON |

///
///
///
///
///
///

After having fully considered the Motion for Default Judgment against Robert Carlson brought by Plaintiff Absorption Pharmaceuticals, LLC ("Plaintiff" or "Absorption"), as well as the issues and evidence presented and all files and pleadings in this action, IT IS HEREBY ORDERED AND ADJUDGED by the Court that Judgment shall be and is hereby entered against Defendant Robert Carlson ("Carlson") in the above-captioned action as follows:

1. The Court finds that Carlson committed the acts referred to in Plaintiff's Motion for Default Judgment against Robert Carlson and that Carlson's acts constitute:

    a. ~~False Association under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A);~~

    b. False Advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

2. Defendant is ordered to pay damages to Plaintiffs in the amount of $209,246.40.

3. ~~The Court finds that for purposes of 15 U.S.C. § 1117(a), an award of increased damages is merited.~~

4. ~~Defendant is ordered to pay increased damages to Plaintiffs in the amount of: _____.~~

5. The Court finds that for purposes of 15 U.S.C. § 1117(a), this constitutes an exceptional case meriting the award of attorneys' fees to Plaintiff.

6. Defendant is ordered to pay Plaintiff's attorneys' fees in the amount of $7,785, calculated pursuant to the schedule contained in Local Rule 55-3.

7. Defendant is ordered to pay Plaintiffs' non-taxable costs in the amount to be determined following entry of judgment.

///

///

-1-
[PROPOSED] JUDGMENT AGAINST ROBERT CARLSON

8. Defendant is ordered to pay to Plaintiff's post-judgment interest on the amount of judgment at a statutory rate pursuant to 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

Dated: ~~October __, 2016~~ NOVEMBER 16, 2016

By: _/s/ Gary Klausner_
Hon. R. Gary Klausner
United States District Judge